## TALLEY v. MITCHELL et al.

BECK, J. Under the decisions of this court in the case of *Weaver* v. *Roberson*, ante, 149 (67 S. E. 662), and the cases there cited, the court did not err in refusing to grant the injunction sought.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 19, 1910.

Petition for injunction. Before Judge Bell. Fulton superior court. September 9, 1909.

*R. B. Blackburn,* for plaintiff.

*C. W. Smith* and *M. A. Hale,* for defendant.

---

## TOMS v. NEELY.

BECK, J. It not appearing, under the evidence in the case, that the court below abused his discretion in awarding the custody of the minor, the rightful custody of whom was in controversy, to the respondent in the habeas-corpus proceedings, the judgment will not be disturbed.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 19, 1910.

Habeas corpus. Before Judge Bell. Fulton superior court. September 16, 1909.

*Hines & Jordan,* for plaintiff.

*Edgar A. Neely,* for defendant.